Argued October 8, affirmed November 19, petition for
rehearing denied December 16, 1969

BURRELL ᴇᴛ ᴀʟ, *Respondents, v.* STATE
TAX COMMISSION, *Appellant.*

460 P. 2d 1020

*Richard A. Uffelman,* Assistant Attorney General,
Salem, argued the cause for appellant. With him on
the briefs were Robert Y. Thornton, Attorney General
and Carlisle B. Roberts, Assistant Attorney General,
Salem.

*Bernard F. Bednarz,* Salem, argued the cause and
filed a brief for respondents.

Before PERRY, Chief Justice, and SLOAN, O'CON-
NELL, GOODWIN, DENECKE and HOLMAN, Justices.

SLOAN, J.

In 1966, plaintiffs James Burrell and Robert Bur-
rell were transacting business in Salem as a partner-
ship. In the latter part of that year the partnership
assets were transferred to a corporation formed by
Burrells for the purpose of exchanging the stock in
the corporation for all of the assets and liabilities of
the partnership. It was stipulated that the transfer
was a tax free exchange pursuant to both federal and
state statutes. Section 351, Internal Revenue Code
1954 and ORS 316.281(4) and ORS 317.231(5). At
the date of the transfer the partnership had a bad
debt reserve which was transferred to the corpora-
tion. The tax commission required the partners to
include in their income for that year, as individual
income, the amount of the bad debt reserve. Plaintiffs
appealed the commission's decision to the tax court.
The tax court reversed the commission and it appeals.

The tax court's opinion, reported at 3 OTR Adv
Sh 357, 1969, fully states the issues and the basis of
its decision. We concur in that decision. It is unnec-
essary to repeat or add to the tax court's opinion.

Affirmed.